IN RE: NICHOLS                                    CASE NO. 11-10294

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

833-8468        VOID AFTER 90 DAYS        110
                                          60-249 / 433
TID #380380                                   257
                                             14237

| Case | Debtor |
|---|---|
| 11-10294 EWM | NICHOLS, DUANE KEVIN |
| 92006288101966 | NICHOLS, JOANN F. |
| COMBINED SMALL CHECK | |

WILBUR J. (BILL) BABIN, JR.

Date   10/11/2011      $ ***********3.07

~~~Three Dollars and 07/100

Pay to the Order of:
U.S. Bankruptcy Court
500 Poydras Street
Room B-601
New Orleans LA 70130-3386

_____
WILBUR J. (BILL) BABIN, JR., Trustee

⑈000000110⑈ ⑆043302493⑆ 92006288101966⑈

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 229304   —   KW
* * C O P Y * *
November 04, 2011
14:59:58

UNC.UNDER$25
11-10294

Debtor.: DUANE KEVIN NICHOLS
Trustee: Wilbur Babin, Jr.
Amount.:              $3.07 CH
Check#.: 110

Total→   $3.07

FROM: BABIN

11/4/11

DEPOSITED TO UNCLAIMED
UNDER $25.00. (106000)
DUE. SEE ATTACHED.

## WILBUR J. "BILL" BABIN, JR.
*Trustee in Bankruptcy*
3027 RIDGELAKE DRIVE
METAIRIE, LA 70002
TELEPHONE: (504) 833-8668
TELECOPIER: (504) 837-2214

November 2, 2011

Ms. Cheryl Vogel
Fiscal Admin Supervisor
U.S. Bankruptcy Court
Eastern District of Louisiana
500 Poydras St., Rm. B-601
New Orleans, LA 70130-3386

**In re:** NICHOLS, DUANE KEVIN
NICHOLS, JOANN F.
USBC-EDLA 11-10294 Sec. A

Dear Ms. Vogel:

In compliance with Rule 3010 of the Rules of Bankruptcy Procedure, attached hereto please find check in the amount of $3.07 representing dividends in an amount less than $5.00 due to the following creditors:

DELL FINANCIAL SERVICES L.L.C.
C/O RESURGENT CAPITAL SERVICES
PO BOX 10390
GREENVILLE, SC 29603-0390
Claim #5                                            $3.07

**Total:**                                          $3.07

Please treat these funds in the same manner as unclaimed funds.

Thanking you for your assistance and cooperation in this matter and with best wishes, I am

Very truly yours,

_____
WILBUR J. "BILL" BABIN, JR.-TRUSTEE

WJBjr/ld
Enclosure